UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WINDY RICHARDS,

                        Plaintiff,                    **08 Civ. 4433**

– against –                                  **NOTICE OF APPEARANCE**

BIVONA & COHEN, P.C., JOSEPH
FIGLIOLO, JOHN BIVONA, RODERICK
COYNE, JAN MICHAEL RYFKOGEL,
ANDREW SAPON, ROBERT MACCHIA,
RICHARD KUBIK, MARLENE
MONTELEONE, and JOHN/JANE DOES 1-
10.

                        Defendants.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Katherine Rosenfeld (KR 8525) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled action and demand that all papers filed through the ECF system be served upon her by e-mail at the office and post office address stated below.

Dated: New York, New York
       May 14, 2008

                                        By: _____
                                             Katherine Rosenfeld (KR 8525)

                                             EMERY CELLI BRINCKERHOFF
                                             & ABADY LLP

                                             75 Rockefeller Plaza, 20th Floor
                                             New York, New York 10019
                                             (212) 763-5000

                                             *Attorneys for Plaintiff*