UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WINDY RICHARDS,

                Plaintiff,          **08 Civ. 4433**

– against –                   **NOTICE OF APPEARANCE**

BIVONA & COHEN, P.C., JOSEPH
FIGLIOLO, JOHN BIVONA, RODERICK
COYNE, JAN MICHAEL RYFKOGEL,
ANDREW SAPON, ROBERT MACCHIA,
RICHARD KUBIK, MARLENE
MONTELEONE, and JOHN/JANE DOES 1-
10.

                Defendants.
-------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Matthew Brinckerhoff (MB 3552) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled action and demand that all papers filed through the ECF system be served upon her by e-mail at the office and post office address stated below.

Dated:  New York, New York
         May 14, 2008

                                      By:        s/
                                            Matthew Brinckerhoff (MB 3552)

                                          EMERY CELLI BRINCKERHOFF
                                          & ABADY LLP

                                          75 Rockefeller Plaza, 20th Floor
                                          New York, New York 10019
                                          (212) 763-5000
                                          mbrinckerhoff@ecbalaw.com

                                          *Attorneys for Plaintiff*