UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WINDY RICHARDS,

                                  Plaintiff,                      **08 Civ. 4433**

    – against –                                        **CERTIFICATE OF SERVICE**

BIVONA & COHEN, P.C., JOSEPH
FIGLIOLO, JOHN BIVONA, RODERICK
COYNE, JAN MICHAEL RYFKOGEL,
ANDREW SAPON, ROBERT MACCHIA,
RICHARD KUBIK, MARLENE
MONTELEONE, and JOHN/JANE DOES 1-
10.

                                Defendants.

-----------------------------------------------------------------x

       I, Ian Johnson, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am *not* a party to the above action, am over 18 years of age, and reside in the County of Kings, New York.

       On May 13, 2008, I caused to be served a true and accurate copy of **THE SUMMONS** and **COMPLAINT,** dated May 12, 2008 by hand upon the attorneys for the following defendants: Bivona & Cohen, PC, John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, Richard Kubik and Marlene Monteleone.

                                  Joan Gilbride, Esq.
                              Kaufman Borgeest & Ryan LLP
                            99 Park Avenue, 19th Floor
                            New York, New York 10016

                             *Attorneys for Defendants:*
*Bivona & Cohen, P.C., John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon,*
*Robert Macchia, Richard Kubik and Marlene Monteleone*

Dated: New York, New York
       May 13, 2008

                                                        _____
                                                            Ian Johnson