UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WINDY RICHARDS,

                       Plaintiff,                     **08 Civ. 4433**

– against –                                    **CERTIFICATE OF SERVICE**

BIVONA & COHEN, P.C., JOSEPH
FIGLIOLO, JOHN BIVONA, RODERICK
COYNE, JAN MICHAEL RYFKOGEL,
ANDREW SAPON, ROBERT MACCHIA,
RICHARD KUBIK, MARLENE
MONTELEONE, and JOHN/JANE DOES 1-
10.

                       Defendants.

------------------------------------------------------------------x

       I, Ian Johnson, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am *not* a party to the above action, am over 18 years of age, and reside in the County of Kings, New York.

       On May 14, 2008, I caused to be served a true and accurate copy of **THE SUMMONS** and **COMPLAINT,** dated May 12, 2008 by hand upon the attorneys for defendant, Joseph Figliolo.

                              Diana Krebs, Esq.
                              Gordon & Rees, LLP
                              90 Broadway, 23rd Floor
                              New York, New York 10004

                         *Attorneys for Defendant, Joseph Figliolo*

Dated: New York, New York
         May 14, 2008

                                                  _____
                                                  Ian Johnson