EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WINDY RICHARDS, | ORIGINAL FILED VIA ECF |
| Plaintiff, | |
| | 08cv4433 (CM)(GWG) |
| - v. - | |
| | **NOTICE OF APPEARANCE** |
| BIVONA & COHEN P.C., JOSEPH FIGLIOLO, JOHN BIVONA, RODERICK COYNE, JAN MICHAEL RYFKOGEL, ANDREW SAPON, ROBERT MACCHIA, RICHARD KUBIK, MARLENE MONTELEONE, and JOHN/JANE DOES 1-10. | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendants Bivona & Cohen P.C., Joseph Figliolo, and John Bivona. Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: New York, New York
       May 16, 2008

EPSTEIN BECKER & GREEN, P.C.

By:  /s/ Ronald M. Green
     Ronald M. Green

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
rgreen@ebglaw.com

Attorneys for Defendants
Bivona & Cohen P.C., Joseph Figliolo, and
John Bivona

NE:340904v1