UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
BIVONA & COHEN, P.C. and
JOSEPH V. FIGLIOLO,

                Plaintiffs,                **NOTICE OF APPEARANCE**

   -*against*-

                              **Civil Action Nos. 08-CV-4441**
WINDY RICHARDS aka WINDY OGANDO,               **08-CV-4433 (CM/GG)**

                Defendant.


------------------------------------------------------------------------ x
   WINDY RICHARDS,

                Plaintiff,

   -*against*-


BIVONA & COHEN PC, JOSEPH V. FIGLIOLO,
JOHN BIVONA, RODERICK COYNE,
JAN MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and
JOHN/JANE DOES 1-10,

                Defendants.
------------------------------------------------------------------------ x

To all parties and their attorneys of record:

      PLEASE TAKE NOTICE that the undersigned appears in the above referenced actions as counsel for Defendant Bivona & Cohen, P.C. and individual Defendants, John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, Richard Kubik, and Marlene Monteleone.


Dated: New York, New York
       May 16, 2008

- 2 -

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

_____
Joan M. Gilbride
Attorneys for Bivona & Cohen, P.C.,
John Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and
Marlene Monteleone
99 Park Avenue, 19th Floor
New York, New York 10016
Telephone No.: (212) 980-9600
Facsimile: (212) 980-9261
jgilbride@kbrlaw.com

To:   Jonathan S. Abady
      Mariann Meier Wang
      Matthew D. Brinckerhoff
      Katherine Rosenfeld
      Emery Celli Brinkerhoff & Abady, LLP
      75 Rockefeller Plaza, 20th Floor
      New York, New York 10019

      Joseph & Herzfeld, LLP
      757 Third Avenue, 25th Floor
      New York, New York 10017

      *Attorneys for Windy Richards*

      Ronald S. Green
      Epstein Backer & Green, P.C.
      250 Park Avenue
      New York, New York 10177-1211

      *Attorneys for Bivona & Cohen and Joseph V. Figliolo*

      Diane Krebs
      Gordon & Rees, LLP
      90 Broad Street, 23rd Floor
      New York, New York 10004
      (212) 269-5500

      *Attorneys for Joseph V. Figliolo*

- 2 -