UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WINDY RICHARDS,

                         Plaintiff,

      - against --

BIVONA & COHEN, P.C., JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                         Defendants.

------------------------------------------------------------------X

Index No.: 08/4433

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are of the law offices of Gordon & Rees LLP, and hereby files this NOTICE OF APPEARANCE in the above-referenced action as counsel for Defendant JOSEPH V. FIGLIOLO, in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

        Diane Krebs, Esq. (DK 8280)
        Attorneys for Defendants
        Gordon & Rees, LLP
        90 Broad Street, 23rd Floor
        New York, New York 10004

Dated: New York, New York
       May 23, 2008

Respectfully submitted,

GORDON & REES, LLP

By: *Diane Krebs*
Diane Krebs, Esq. (DK 8280)
Attorneys for Defendant
JOSEPH V. FIGLIOLO
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 269-5500


To: Jonathan S. Abady
Mariann Meier Wang
Matthew D. Brinckerhoff
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

JOSEPH & HERZFELD, LLP
757 Third Avenue, 25th Floor
New York, New York 10017

*Attorneys for Plaintiff Windy Richards*

Ronald S. Green
EPSTEIN BACKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211

Joan M. Gilbride
KAUFMAN BORGEEST & RYAN LLP
99 Park Avenue
New York, New York 10016

*Attorney for Plaintiffs*