*MEMO ENDORSED*

EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WINDY RICHARDS,

                Plaintiff,

- v. -

BIVONA & COHEN P.C., JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORIGINAL FILED VIA ECF

CV 08 4433 (CM)(GWG)

**ORDER OF TERMINATION OF APPEARANCE OF RONALD M. GREEN AND EPSTEIN BECKER & GREEN, P.C. ON BEHALF OF JOSEPH FIGLIOLO AND JOHN BIVONA**

Defendants JOSEPH FIGLIOLO and JOHN BIVONA, through their counsel, Epstein Becker & Green, P.C., ("EBG") hereby request pursuant to Local Civil Rule 1.4 that the Appearance of Ronald M. Green as counsel on their behalf be terminated.

EBG will continue to represent only Defendant BIVONA & COHEN P.C. JOSEPH FIGLIOLO and JOHN BIVONA are represented by other counsel in this action. This action is in the Pleading stage and has not been placed on the trial calendar, thus this withdrawal will not affect the posture of this case.

Dated: New York, New York
May 27, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Ronald M. Green
rgreen@ebglaw.com

SO ORDERED: _____
USDJ

DATED: 5/21/08