# KAUFMAN BORGEEST & RYAN LLP

**ATTORNEYS AT LAW**

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO±
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*
MELINDA B. MARGOLIES±
JEFFREY S. WHITTINGTON°
CHRISTINE HEENAN

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN▫

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER††
ANDREW R. JONES
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY

TIMOTHY E. MCCARTHY■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*♦
MATTHEW M. FERGUSON♦
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA▫
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*
KATHRYN M. WALSH
LAURA B. JUFFA

KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
ROBERT E. FEKETE
JULIE A. MICKIEWICZ††
LORRAINE C. SYLVESTER■
JESSICA MOLINARES
JENNIFER M. HAMILTON
ANN MARIE M. ANDREWS*
BAIN R. LOUCKS*

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
♦ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
▫ ADMITTED IN CA ONLY
☆ BARRISTER AT LAW
    ADMITTED IN ENGLAND & WALES

May 30, 2008

**VIA FACSIMILE (212-805-6326) AND ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

      Re:    *Richards v. Bivona & Cohen, P.C., et al.* (08 CIV 4433)(CM)(GWG)

Dear Judge McMahon:

      We represent the Defendants, Bivona & Cohen, P.C., John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, Richard Kubik, and Marlene Monteleone in the above referenced matter. We enclose a stipulation extending the time to answer or otherwise respond to Plaintiff's Complaint until June 16, 2008, solely with respect to Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, and Richard Kubik. It is respectfully requested that Your Honor So Order this extension of time.

      Respectfully submitted,

      Kaufman Borgeest & Ryan LLP

      Joan M. Gilbride

cc:    Emery Celli Brinckeroff & Abady LLP (via facsimile)
       Joseph & Herzfeld (via facsimile)
       Epstein, Becker & Green PC (via facsimile)
       Gordon & Rees, LLP (via facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WINDY RICHARDS,

                Plaintiff,

v.

BIVONA & COHEN, P.C. JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                Defendants.

------------------------------------------------------------X

08 CIV 4433 (CM)(GWG)

**STIPULATION**

    **IT IS HEREBY STIPULATED** and agreed by the undersigned that the time for Defendants Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, and Richard Kubik to appear, answer or otherwise respond to Plaintiff's Complaint is extended to and including June 16, 2008.

Dated: May 30, 2008

_Mariann Wang_
Jonathan Abady
Mariann Wang
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Attorneys for Plaintiff

_Joan Gilbride_
Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Bivona & Cohen, P.C., John
Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and Marlene Monteleone

So Ordered:

_____
Hon. Colleen McMahon

730030