UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WINDY RICHARDS,

                      Plaintiff,

        v.

BIVONA & COHEN, P.C. JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                      Defendants.

----------------------------------------------------------X

08 CIV 4433 (CM)(GWG)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

IT IS HEREBY STIPULATED and agreed by the undersigned that the time for Defendants Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, and Richard Kubik to appear, answer or otherwise respond to Plaintiff's Complaint is extended to and including June 16, 2008.

Dated: May 30, 2008

_Mariann Wang_
Jonathan Abady
Mariann Wang
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Attorneys for Plaintiff

_Joan Gilbride_
Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Bivona & Cohen, P.C., John
Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and Marlene Monteleone

So Ordered:

_Colleen McMahon_
Hon. Colleen McMahon

730030   5/30/08