McMAHON, J.

EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
WINDY RICHARDS,

                Plaintiff,

- v. -

BIVONA & COHEN P.C., JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10.

                Defendants.
-------------------------------------x

ORIGINAL FILED VIA ECF

CV 08 4433 (CM)(GWG)

ORDER OF TERMINATION OF
APPEARANCE OF RONALD M.
GREEN AND EPSTEIN
BECKER & GREEN, P.C. ON
BEHALF OF BIVONA &
COHEN P.C.

    Defendant BIVONA & COHEN P.C., through its counsel, Epstein Becker & Green, P.C., ("EBG") hereby requests pursuant to Local Civil Rule 1.4 that the Appearance of Ronald M. Green as counsel on their behalf be terminated.

    BIVONA & COHEN P.C is represented by other counsel in this action. This action is in the Pleading stage and has not been placed on the trial calendar, thus this withdrawal will not affect the posture of this case.

Dated: New York, New York
       June 16, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Ronald M. Green
    rgreen@ebglaw.com

SO ORDERED: _____
           USDJ

DATED: 6/18/08

EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| WINDY RICHARDS,<br><br>               Plaintiff,<br><br>        - v. -<br><br>BIVONA & COHEN P.C., JOSEPH FIGLIOLO, JOHN BIVONA, RODERICK COYNE, JAN MICHAEL RYFKOGEL, ANDREW SAPON, ROBERT MACCHIA, RICHARD KUBIK, MARLENE MONTELEONE, and JOHN/JANE DOES 1-10.<br><br>               Defendants. | **ORIGINAL FILED VIA ECF**<br><br>CV 08 4433 (CM)(GWG)<br><br>**AFFIRMATION PURSUANT TO RULE 1.4 IN SUPPORT OF TERMINATION APPEARANCE OF RONALD M. GREEN AND EPSTEIN BECKER & GREEN, P.C. ON BEHALF OF BIVONA & COHEN P.C.** |

------------------------------------- x

State of New York   )
                       ) ss:
County of New York )

        Ronald M. Green, an attorney admitted to practice before this court affirms and states that:

        1.    I make this affirmation pursuant to Local Rule 1.4 of the Civil Rules of the Southern and Eastern District Courts in support of Defendant, Bivona & Cohen, P.C.'s request that the Court issue an order terminating the appearance of Ronald M. Green and Epstein Becker & Green, P.C. We represent Bivona & Cohen, P.C.

        2.    Bivona & Cohen, P.C. have been, and continue to be, represented by Joan Gilbride and the law firm of Kaufman Borgeest & Ryan LLP ("Kaufman").

NE:345960v1

3.  Kaufman has consented to this termination of appearance and will continue to represent Bivona & Cohen, P.C. in this matter. There will be no prejudice to Bivona & Cohen, P.C. as a result of this termination of appearance.

4.  The termination of appearance will not cause delay or otherwise materially change the posture of the proceedings.

Dated: New York, New York
       June 16, 2008

                                        EPSTEIN BECKER & GREEN, P.C.

                                        By: _____
                                            Ronald M. Green
                                            rgreen@ebglaw.com
                                            Brian G. Cesaratto
                                            bcesaratto@ebglaw.com
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 661-0989 (fax)
*Attorneys for Defendant Bivona & Cohen, P.C.*