UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
Windy Richards,

                Plaintiff(s),

    -against-
Bivona & Cohen PC, et al,

                Defendant(s).
_____X

08 Civ. 4433 (CM) (GWG)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

✓ Specific Non-Dispositive Motion/Dispute:*

    _Discovery Supervision_

\_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: June 24th, 2008
      New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

SO ORDERED:

_[signature]_
Hon. Colleen McMahon
United States District Judge