USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WINDY RICHARDS,

                Plaintiff,

      v.

BIVONA & COHEN, P.C. JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                Defendants.
------------------------------------------------------------X

08 CIV 4433 (CM)(GWG)

STIPULATION

    IT IS HEREBY STIPULATED and agreed that plaintiff withdraws all claims against Defendants Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, and Robert Macchia. The caption is hereby amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WINDY RICHARDS,

                Plaintiff,

      v.

BIVONA & COHEN, P.C. JOSEPH FIGLIOLO,
JOHN BIVONA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                Defendants.
------------------------------------------------------------X

08 CIV 4433 (CM)(GWG)

240373

Plaintiff reserves her right to explore and confirm the bases of this withdrawal in discovery and re-assert her claims against these individuals based upon that discovery if appropriate. Defendants reserve all of their rights to assert that any such later claim is legally deficient.

Dated: June 23, 2008

_____
Jonathan S. Abady
Mariann Meier Wang
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Attorneys for Plaintiff

_____
Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Bivona & Cohen, P.C., John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, Richard Kubik, and Marlene Monteleone

_____
Diane Krebs
Gordon & Rees LLP
90 Broad Street, 23d Floor
New York, NY 10004
(212) 269-5500
Attorneys for Defendant Joseph Figliolo

So Ordered:

_____
Hon. Colleen McMahon

8-25-08

740373                                    2