```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
WINDY RICHARDS,

                                    Plaintiff,            CV 08 4433 (CM)(GWG)

        - v. -

BIVONA & COHEN P.C., JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10.

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
BIVONA & COHEN P.C. and JOSEPH V.
FIGLIOLO,

                                    Plaintiffs,          CV 08 4441 (CM)(GWG)

        - v. -                                           **STIPULATION**

WINDY RICHARDS a/k/a WENDY OGANDO,

                                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED and agreed that defendants' claims against Windy

Richards for *prima facie tort*, tortious interference with prospective business relations and

intentional infliction of emotional distress are hereby dismissed with prejudice.

Dated: July 1, 2008

Jonathan S. Abady                        Joan M. Gilbride
Mariann Meier Wang                       Kaufman Borgeest & Ryan LLP
Katherine Rosenfeld                      99 Park Avenue, 19th Floor
Emery Celli Brinckerhoff & Abady LLP     New York, NY 10016
75 Rockefeller Plaza, 20th Floor         (212) 980-9600
New York, NY 10019                       Attorneys for Bivona & Cohen, P.C., John
(212) 763-5000                           Bivona, Roderick Coyne, Jan Michael
Attorneys for Plaintiff                  Ryfkogel, Andrew Sapon, Robert Macchia,
                                         Richard Kubik, and Marlene Monteleone

741644

Diane Krebs
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500
Attorneys for Defendant Joseph Figliolo

So Ordered:

Hon. Colleen McMahon

7-7-08