UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WINDY RICHARDS,              :

                                                            :   ORDER
                Plaintiff,   08 Civ. 4433 (CM) (GWG)

   -v.-              :

BIVONA & COHEN PC et al.,    :

                Defendants.    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The Court is in receipt of a letter dated August 29, 2008 from counsel for plaintiff raising two discovery disputes. Construing this letter as a request for a pre-motion conference, the request is denied for failure to comply with paragraph 2.A of this Court's Individual Practices.

     SO ORDERED.

Dated: August 29, 2008
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge