UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WINDY RICHARDS,

        Plaintiff,

    v.

BIVONA & COHEN PC, JOSEPH FIGLIOLO, JOHN BIVONA, RODERICK COYNE, JAN MICHAEL RYFKOGEL, ANDREW SAPON, ROBERT MACCHIA, RICHARD KUBIK, MARLENE MONTELEONE, and JOHN/JANE DOES 1-10,

        Defendants.
------------------------------------------------------------x

08 Civ. 4433 (CM)(GWG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sarah Netburn (**SN 4223**) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for **Plaintiff** in the above-entitled action and requests that all papers filed through the ECF system be served upon her by e-mail.

Dated: New York, New York
       September 4, 2008

By: _____
Sarah Netburn (**SN 4223**)

EMERY CELLI BRINCKERHOFF
  & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Plaintiff*